UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**Avrohom Sekula**

   -v-                                               21-CV-905 (WFK)(RER)

**Trident Asset Management, LLC, et al.**
-------------------------------------------------------X

## ORDER FOR APPOINTMENT OF ARBITRATOR

The Arbitration Hearing will be held on July 15, 2021 at 10:00 a.m. before the following Arbitrator(s) selected from the EDNY Panel of Arbitrators:

**Krishna M. Vempaty**
Krishna M. Vempaty, Attorney at Law
82-59 166th St.
Jamaica, NY 11432
Tel: 718-380-3834            Email: queenslawyer@gmail.com

The hearing will take place remotely via a video conferencing platform offered by the arbitrator.

      DISCLOSURE:     No Arbitrator may serve in any matter in violation of the standards set forth in Section 455, Title 28 U.S. Code. The Arbitrator shall promptly disclose in writing to all counsel any concern the Arbitrator may have that a circumstance covered by subparagraph (a) may exist (*i.e.*, any circumstance in which the Arbitrator's impartiality might reasonably be questioned.)

      ADJOURNMENT:  Counsel are not authorized to change the hearing date set forth in this Order. Any request to adjourn by the parties must be ordered by the Court and posted to the ECF docket within 48 hours of the hearing date. Telephone calls to request or advise of adjournment are not permitted

      REMOTE HEARINGS DURING COVID-19: In response to the Covid-19 Pandemic the EDNY, the hearing will be held remotely and will take place via a video conferencing platform offered by the individual arbitrator.

      Dated: June 1, 2021
      Brooklyn, New York

                                                             /s/ Ramon E. Reyes, Jr.
                                                           UNITED STATES MAGISTRATE JUDGE